AO ___    Order Regarding Motion for Sentence Reduction

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

# UNITED STATES DISTRICT COURT

_____Eastern_____    District of _____Arkansas_____  DEC 15 2023

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

ORDER REGARDING MOTION FOR SENTENCE
REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)
based on USSG 821

UNITED STATES OF AMERICA

V.

Monica Roy

**Date of Original Judgment:** _____3/25/2021_____
(Or Date of Last Amended Judgment)

Case Number: 4:17-cr-312-DPM-8

USM Number: 31707-009

Darrell F. Brown, Jr.
Defendant's Attorney at Sentencing

Upon motion of ☐ the defendant    ☐ the Director of the Bureau of Prisons    X the court
under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline
sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing
Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
    ☐ DENIED.
    X GRANTED and the defendant's previously imposed sentence of imprisonment of
        _____78_____ months is reduced to _____64_____ .

## I. COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level(Prior to
Departure/Variance/Rule 35): 27        Amended Offense Level: 25
    Criminal History Category: I        Criminal History Category: I
Previous Guideline Range: 70 to 87 months    Amended Guideline Range: 57 to 71 months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant
    at the time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____.

## III. FURTHER EXPLANATION (e.g., recommendations to the Bureau of Prisons) (if necessary)

Except as provided above, all provisions of the judgment dated 3/25/2021 shall remain in effect.

**IT IS SO ORDERED.**

_15 December 2023_
Order Date

_____
Signature of Judge

_1 February 2024_
Effective Date (if delayed)

U.S. District Judge D.P. Marshall Jr.
Name and Title of Judge